# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

135245(50)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 135245
      COA: 270525
      Macomb CC: 2005-003694-FC

THOMAS VINCENT MACLEAN,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 26, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

d0721